No. 11-7275. Nicholas E. Purpura, et al., Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services, et al.

565 U.S. 1127, 132 S. Ct. 1037, 181 L. Ed. 2d 764, 2012 U.S. LEXIS 180, 

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 446 Fed. Appx. 496.

No. 11-7280. Phillip Angelo Todd, Petitioner v. Rick Hill, Acting Warden.

565 U.S. 1127, 132 S. Ct. 1038, 181 L. Ed. 2d 764, 2012 U.S. LEXIS 334.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-7286. Jerome Myers, Petitioner v. Gregory Knowlin, Warden.

565 U.S. 1127, 132 S. Ct. 1038, 181 L. Ed. 2d 764, 2012 U.S. LEXIS 61.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 836.

No. 11-7299. Robert Ramsey, Petitioner v. Mary Berghuis, Warden.

565 U.S. 1127, 132 S. Ct. 1038, 181 L. Ed. 2d 764, 2012 U.S. LEXIS 283.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7312. Octavius Lee Durdley, Petitioner v. United States.

565 U.S. 1127, 132 S. Ct. 1038, 181 L. Ed. 2d 764, 2012 U.S. LEXIS 98.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 436 Fed. Appx. 966.

No. 11-7313. Joel K. Parker, Petitioner v. United States.

565 U.S. 1127, 132 S. Ct. 1038, 181 L. Ed. 2d 764, 2012 U.S. LEXIS 112.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 446 Fed. Appx. 898.

No. 11-7314. Lindsey Pearson, Petitioner v. Blaine Lafler, Warden.

565 U.S. 1128, 132 S. Ct. 1039, 181 L. Ed. 2d 764, 2012 U.S. LEXIS 271.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7320. William Jenkins, Petitioner v. Debra Scutt, Warden.

565 U.S. 1128, 132 S. Ct. 1039, 181 L. Ed. 2d 764, 2012 U.S. LEXIS 108.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.